UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

KARINA CHAIREZ,

             Defendant.

- - - - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

S2 20 Cr. 398 (GBD)

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Kiersten A. Fletcher, Cecilia E. Vogel, and Elizabeth A. Espinosa;

It is found that the Second Superseding Indictment in the above-captioned action, S2 20 Cr. 398, is currently sealed and the United States Attorney's Office has applied to have that Second Superseding Indictment unsealed, it is therefore

ORDERED that the Second Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       October 20, 2020

_George B. Daniels_
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE