```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :   20 Cr. 398-6 (GBD)
     -against-                          :
                                        :   ORDER
Karina Chairez                          :
                                        :
          Defendant                     :
                                        :
----------------------------------------X
```

GEORGE B. DANIELS, United States District Judge:

It is hereby ORDERED that the defendant's bail condition of "curfew enforced by GPS monitoring" be amended to "curfew enforced by location monitoring."

　　　Dated: New York, New York
　　　　　　November ___, 2020

　　　　　　　　　　NOV 0 4 2020

　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　*George B. Daniels*
　　　　　　　　　　　　　　　GEORGE B. DANIELS
　　　　　　　　　　　　　　　United States District Judge