UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA,

    -against-

KARINA CHAIREZ,

           Defendants.

------------------------------------X

ORDER

20 Crim. 398 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant seeks to modify the conditions of her release to remove location monitoring. (ECF No. 76.) The Government opposes this modification. (ECF No. 78.) Defendant's motion is DENIED without prejudice to renew at a future status conference.

Dated: New York, New York
       March 18, 2021

SO ORDERED.

_George B Daniels_
GEORGE B. DANIELS
United States District Judge