UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

KARINA CHAIREZ,

              Defendant.

------------------------------------- X

ORDER

20 Crim. 398 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 15 2021

GEORGE B. DANIELS, District Judge:

    Defendant's request to modify the conditions of her release for permission to travel to Mexico for two weeks is DENIED.

Dated: New York, New York
       April 15, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge