**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

DOS SANTOS et al.,

    Defendants.

------------------------------------ x

ORDER

20 Crim. 398 (GBD)

GEORGE B. DANIELS, District Judge:

The June 3, 2021 status conference is adjourned to October 13, 2021 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: June 1, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge