**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

KARINA CHAIREZ,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Crim. 398 (GBD)

GEORGE B. DANIELS, District Judge:

A virtual change of counsel hearing is scheduled for September 21, 2021 at 9:30 a.m.

Dated: New York, New York
       September 13, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge