UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIQUEZ,

              Defendants.
------------------------------------ X

ORDER

20 Crim. 398 (GBD)

GEORGE B. DANIELS, District Judge:

    The next status conference is scheduled for March 15, 2022 at 10:00 a.m. Defense motions are due on February 18, 2022. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
       October 12, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge