UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

   -against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIQUEZ,

                Defendants.
------------------------------------- X

ORDER

20 Crim. 398 (GBD)

GEORGE B. DANIELS, District Judge:

    Katherine Corrigan's and Mitchell Ignatoff's motion to withdraw their appearance as counsel for Defendant Scott Hughes is GRANTED.

Dated: New York, New York
       March 0, 2021
       MAR 0 7 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge