UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA,

-against-

GUTEMBERG DOS SANTOS, JACKIE AGUILAR, KARINA CHAIREZ, SCOTT HUGHES, CECILIA MILLAN, AND PABLO RENATO RODRIQUEZ,

Defendants.

------------------------------------- X

ORDER

20 Crim. 398 - 3 (GBD)

GEORGE B. DANIELS, District Judge:

The C.J.A. attorney assigned to receive cases on this day, Michael Hueston, is hereby ordered to assume representation of the defendant, Scott Hughes, in the above captioned matter.

Dated: New York, New York
       March 15, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge