UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIQUEZ,

                   Defendants.
------------------------------------x

<u>ORDER</u>

20 Crim. 398 (GBD)

GEORGE B. DANIELS, District Judge:

    Pursuant to the letters from counsel for Defendant Scott Hughes, (ECF Nos. 143 and 144), the September 28, 2022 pretrial conference is adjourned until November 9, 2022 at 9:45 A.M.

Dated: New York, New York
       September 21, 2022

                                    SO ORDERED.

                                    *[signature]*
                                    GEORGE B. DANIELS
                                    United States District Judge