

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2022

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.

Dated: OCT 12 2022

Re:   *United States v. Gutemberg Dos Santos et al.*, S1 20 Cr. 398 (GBD)
      *United States v. Karina Chairez*, S2 20 Cr. 398 (GBD)

Dear Judge Daniels:

The Government writes to respectfully request that the Court exclude time under the Speedy Trial Act between September 28, 2022, *nunc pro tunc*, through the date of the next conference on November 9, 2022, in order to permit the parties to continue discussions regarding potential pre-pretrial dispositions, and for defense to continue to review discovery, which is voluminous, to assess whether to proceed to trial. Accordingly, the Government requests to exclude time because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). In his prior letters requesting to adjourn the pretrial conference previously scheduled for September 28, counsel for defendant Scott Hughes stated that all defendants consented to the exclusion of time until the adjourned date of the pretrial conference, which is now scheduled for November 9, 2022. (ECF Nos. 143 and 144).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/*
Kiersten A. Fletcher/Cecilia E. Vogel/
Samuel Raymond
Assistant United States Attorneys
(212) 637-2238/1084/6519