UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

   -against-

GUTEMBERG DOS SANTOS, JACKIE AGUILAR, KARINA CHAIREZ, SCOTT HUGHES, CECILIA MILLAN, AND PABLO RENATO RODRIGUEZ,

             Defendants.

------------------------------------- x

ORDER

20 Crim. 398 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The November 9, 2022 pretrial conference is adjourned until February 7, 2023 at 9:45 a.m.

    Any proposed dispositions shall be completed before February 7, 2023. All Defendants who do not plead shall appear in person with their counsel for the pretrial conference.

    The Clerk of Court is directed to close the open letter motions at ECF Nos. 150 and 151.

Dated: New York, New York
       November 7, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE