# THE LAW OFFICES OF SEAN M. MAHER, PLLC

December 2, 2022

**SO ORDERED:**

/s/ George B. Daniels

George B. Daniels, U.S.D.J.

Dated: DEC 07 2022

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  *United States v. Dos Santos, et al. (Karina Chairez)*, 20 Cr. 398 (GBD)
     Defense request to modify pretrial release conditions

Dear Judge Daniels:

I respectfully write on behalf of Ms. Karina Chairez to request that her pretrial release conditions be modified to eliminate location monitoring and curfew.

Ms. Chairez currently is out on bail with location monitoring and a curfew. Ms. Chairez has faithfully complied with all conditions of her pretrial release for over two years. Pretrial Services Officer Darryl Walker, who directly supervises Ms. Chairez in the Eastern District of California, has informed me and the government that Ms. Chairez has been under his supervision for two years, that Ms. Chairez has been compliant with her release conditions, that Ms. Chairez has no curfew violations, and that Ms. Chairez maintains weekly contact with Pretrial Services. PTS Off. Walker and PTS Off. Jonathan Lettieri of our own SDNY Pretrial Services Office both have informed me and the government that the Pretrial Services Office has no objection to removing location monitoring and curfew from Ms. Chairez's conditions of pretrial release. I have relayed the instant request to the government and AUSA Samuel Raymond has informed me that the government takes no position on Ms. Chairez's instant request.

Respectfully submitted,

/S/
Sean M. Maher

cc:  All counsel via ECF
     USPTS Officers Darryl Walker and Jonathan Lettieri via email