UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
UNITED STATES OF AMERICA,            :
                                     :
       -against-                     :
                                     :
GUTEMBERG DOS SANTOS, JACKIE         :       ORDER
AGUILAR, KARINA CHAIREZ, SCOTT       :
HUGHES, CECILIA MILLAN, AND PABLO    :       20 Crim. 398-6 (GBD)
RENATO RODRIGUEZ,                    :
                                     :
                    Defendants.      :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

      A change of plea hearing for Ms. Karina Chairez is scheduled for January 31, 2023 at 11:00 a.m.

Dated:  January 25, 2023
        New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge