UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

   -against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIGUEZ,

                 Defendants.

------------------------------------ x

ORDER

20 Crim. 398-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to unseal the minute entry reflecting the change of plea of Defendant Gutemberg Dos Santos.

Dated: March 8, 2023
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge