UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

GUTEMBERG DOS SANTOS, JACKIE AGUILAR, KARINA CHAIREZ, SCOTT HUGHES, CECILIA MILLAN, AND PABLO RENATO RODRIGUEZ,

                  Defendants.

------------------------------------x

ORDER

20 Crim. 398 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The final status conference scheduled for March 21, 2023 and jury trial scheduled to begin May 1, 2023 are cancelled.

    Because Defendant Scott Hughes pled guilty to Count 3 of the Superseding Indictment on March, 2, 2023, Hughes' motion to sever his trial and bifurcate proceedings (ECF No. 138) is denied as moot. The Clerk of Court is directed to close the open motion accordingly.

Dated: March 13, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge