UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIGUEZ,

              Defendants.

------------------------------------ x

ORDER

20 Crim. 398-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The September 20, 2023 sentencing for Mr. Gutemberg Dos Santos is adjourned to September 27, 2023 at 2:00 p.m.

Dated: May 1, 2023
       New York, New York

                                    SO ORDERED.

                                    *George B. Daniels*
                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE