UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

KARINA CHAIREZ,

                   Defendant.

------------------------------------- x

ORDER

20 Crim. 398-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The June 28, 2023 sentencing for Ms. Karina Chairez is adjourned to September 6, 2023 at 10:15 a.m.

    The Clerk of Court is directed to close the open letter motion at ECF No. 206.

Dated: June 12, 2023
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge