UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

KARINA CHAIREZ,

                     Defendant.

------------------------------------- x

<u>ORDER</u>

20 Crim. 398-6 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The September 6, 2023 sentencing for Ms. Karina Chairez is adjourned to September 26, 2023 at 9:30 a.m.

Dated: June 13, 2023
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge