Case 1:20-cr-00398-GBD   Document 239   Filed 09/15/23   Page 1 of 1

Case 1:20-cr-00398-GBD   Document 241   Filed 09/19/23   Page 1 of 1

# THE LAW OFFICES OF SEAN M. MAHER, PLLC

September 15, 2023

SO ORDERED

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SEP 1 9 2023

The sentencing is adjourned to October 3, 2023 at 10:00 a.m.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

RE:   *United States v. Dos Santos, et al. (Karina Chairez)*, 20 Cr. 398-06 (GBD)
      Defense request to adjourn sentencing hearing

Dear Judge Daniels:

   I respectfully write on behalf of Ms. Karina Chairez to request an adjournment of her September 26, 2023 sentencing hearing until October 3, 2023. Ms. Chairez is out on bail conditions and this is her second sentencing adjournment request. The adjournment is needed because there are still documents relating to sentencing that I am collecting and the parties are continuing to negotiate over evidentiary and Guidelines issues in order to minimize any disputed issues at sentencing.

   I have relayed the instant request to the government and AUSA Kiersten Fletcher has informed me that the government consents Ms. Chairez's adjournment request.

   The Court's consideration is greatly appreciated.

Respectfully submitted,

/S/
Sean M. Maher

cc:   All counsel via ECF

2796 SEDGWICK AVENUE, SUITE C1, BRONX, NEW YORK 10468
(212) 661-5333 • (347) 548-9959 FAX
WWW.SEANMAHERLAW.COM