# THE LAW OFFICES OF SEAN M. MAHER, PLLC

September 25, 2023

**VIA ECF**

SO ORDERED:

*George B. Daniel*
George B. Daniels, U.S.D.J.

Dated: SEP 26 2023

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  *United States v. Dos Santos, et al. (Karina Chairez)*, 20 Cr. 398-06 (GBD)
     Defense request to file medical records under seal

Dear Judge Daniels:

I respectfully write on behalf of Ms. Karina Chairez to seek permission to file Exhibit 7 to her sentencing submission (Doc. No. 249) under seal. Exhibit 7 is comprised of Ms. Chairez's personal medical records.

The Court's consideration is greatly appreciated.

Respectfully submitted,

/S/
Sean M. Maher

cc:  All counsel via ECF