UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

KARINA CHAIREZ,

Defendant.

------------------------------------ x

ORDER

20 Cr. 398-06 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to open the above-captioned case for the disposition of Defendant's Letter Motion at ECF No. 337. The Letter Motion at ECF No. 337 is DENIED, in accordance with this Court's decision at ECF No. 348.

Dated: MAY 1 4 2025
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge