UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

KARINA CHAIREZ,

    Defendant.

------------------------------------- x

ORDER

20 Cr. 398-06 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the Motion at ECF No. 337 and the above-captioned case.

Dated: MAY 1 5 2025
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge